IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GENE JONES                                                                                                    PLAINTIFF

v.                                            Case No. 1:19-cv-1053

AMERCABLE INCORPORATED d/b/a
NEXANS AMERCABLE INCORPORATED                                               DEFENDANT

## ORDER

Before the Court is the parties' Stipulation for Dismissal. ECF No. 15. The parties stipulate that this case should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendant. Thus, Plaintiff's claims against Defendant were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. This case is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs.

**IT IS SO ORDERED**, this 6th day of January, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge